IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01254-RM-MJW

WHITNEY THORNTON,

Plaintiff(s),

v.

STELLAR RECOVERY, INC., a Florida corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (Docket No. 10) is granted.  The Protective Order (Docket No. 10-1) is made an Order of the Court.

Date: June 25, 2013