# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.**  13-cv-01254-RM-MJW | FTR - Courtroom A-502 |
| **Date:**   September 24, 2013 | Courtroom Deputy, Ellen E. Miller |
| *Parties* | *Counsel* |
| WHITNEY THORNTON, | David M. Larson    (by telephone) |
| Plaintiff(s), | |
| v. | |
| STELLAR RECOVERY, INC., a Florida corporation, | Steven J. Wienczkowski |
| Defendant(s). | |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**:    **MOTION   HEARING**
**Court in Session:**    11:25 a.m.
Court calls case.  Appearances of counsel.

The Court raises Plaintiff's Emergency Motion for a Court Order that the Defendant Designate and Present at the Deposition on September 26, 2013 in Kalispell, Montana, Individual(s) to Testify Regarding the Topics Listed in the Plaintiff's Notice of Deposition of the Defendant's Representative(s) Pursuant to Fed.R.Civ.P. 30(b)(6) for argument.

Argument by both sides.

**It is ORDERED:**     Plaintiff's Emergency Motion for a Court Order that the Defendant Designate and Present at the Deposition on September 26, 2013 in Kalispell, Montana, Individual(s) to Testify Regarding the Topics Listed in the Plaintiff's Notice of Deposition of the Defendant's Representative(s) Pursuant to Fed.R.Civ.P. 30(b)(6) [Docket No. **20**, filed September 21, 2013] is **GRANTED in part and DENIED in part** consistent with the Order by Magistrate Judge Kristen L. Mix in 13-cv-00273-RPM-KLM, *Blackwell v. Stellar Recovery, Inc..* on the similar emergency motion, for reasons as set forth on the record.

Hearing concluded.      **Court in recess:**   11:48 a.m.    Total In-Court Time 00:23

To order a transcript of this proceedings, contact  Avery Wood Reports   (303) 825-6119  or    Toll Free    1-800-962-3345.