**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-01254-RM-MJW

WHITNEY THORNTON,

      Plaintiff,

v.

STELLAR RECOVERY, INC., a Florida corporation,

      Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court, having reviewed the parties' Stipulation for Dismissal with Prejudice (the "Stipulation") pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), and being fully advised in the premises, hereby ORDERS as follows:

1. The parties' Stipulation (ECF No. 31) is ACCEPTED;
2. The above-captioned matter is DISMISSED WITH PREJUDICE; and
3. Each party shall bear his or its own costs and attorneys' fees.

DATED this 30th day of December, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge